NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FLORIDA CITIZENS ALLIANCE, INC., )
a Florida not for profit corporation, )
DOUGLAS LEWIS, BRANTLEY )
OAKEY, and ERIC KONUK, )
                    )
        Appellants, )
                    )
v. )   Case No. 2D17-2916
                    )
THE SCHOOL BOARD OF COLLIER )
COUNTY, )
                    )
        Appellee. )
_____)

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Brantley Oakey, Naples; and Steven J.
Bracci of Steven J. Bracci, P.A., Naples
for Appellants.

Christopher D. Donovan and James D.
Fox of Roetzel & Andress, LPA, Naples,
for Appellee.


PER CURIAM.

        Dismissed as moot. See Lund v. Dep't of Health, 708 So. 2d 645, 646

(Fla. 1st DCA 1998) ("The general rule in Florida is that a case on appeal becomes

moot when a change in circumstances occurs before an appellate court's decision,

thereby making it impossible for the court to provide effectual relief."); see also Freni v. Collier County, 573 So. 2d 1054, 1054 (Fla. 2d DCA 1991) ("The appellants sought to enjoin a referendum scheduled to be held on the issue of whether the Board of County Commissioners . . . should levy a tourist development tax . . . .  [T]he trial court denied the appellants' motion for a temporary injunction [and t]his appeal ensued . . . .  The referendum was held as scheduled . . . and resulted in a favorable vote.  Therefore, the issue of whether the court erred in denying the motion for temporary injunction is moot.").

Dismissed.

SILBERMAN, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.